1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 TRUST FUNDS, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ACE ELECTRICAL CO., ET AL.,<br><br>Defendants.<br>_____/ | No. C 05-0366   JL<br><br>**ADMINISTRATIVE CLOSURE** |
|---|---|

The complaint in this case was filed January 25, 2005 and the last action was the Answer to the Complaint filed February 28, 2005. A notice of Defendants' Chapter 13 proceeding and of the automatic stay in bankruptcy was filed by Plaintiff on May 16, 2005. This satisfies the requirements for administrative closure, that is, that the complaint was filed at least three years ago and there has been no action for at least one year.

Rather than continue the case on its docket, the Court hereby issues an order of Administrative Closure, without prejudice to the case's being re-opened, on motion by either party, should Defendants emerge from bankruptcy.

Accordingly, the clerk shall close the file.

IT IS SO ORDERED.

DATED: January 28, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\05-0366-Administrative Closure.wpd